GARCIA & SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

JESSE J. GARCIA [061223]
Attorneys for Defendant
NOE BRIONES

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> vs. ) <br> ) <br> NOE BRIONES, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: 4:11-MJ-70676-MAG-1 <br><br> **[PROPOSED] ORDER DIRECTING UNITED STATES MARSHAL TO PROVIDE NON-CUSTODIAL AIR TRANSPORTATION FOR APPEARANCE IN ANOTHER JUDICIAL DISTRICT** <br><br> **The Honorable Laurel Beeler** |

Defendant Noe Briones was ordered to appear in the United States District Court for the Eastern District of Virginia, Alexandria Division, on July 8th, 2011, case number 11-mj-455. Pursuant to 18 U.S.C. §4285, the Court finds that Mr. Briones is financially unable to provide the necessary transportation to appear as ordered on his own. For this reason, the Court directs the United States Marshal Service to provide Mr. Briones with one-way, non-custodial airfare to Washington D.C. before July 8th, 2011.

  July 1, 2011_____                           _____/s/ LB/_____
Date                                                                        LAUREL BEELER
                                                                                 United States Magistrate Judge